IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK KACHKAR, | : | Civil No. 3:20-cv-1941 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| J.L. JAMISON, WARDEN, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this \_\_10th\_\_ day of June, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **SUBSTITUTE** the J.L. Jamison, Warden of FCI-Allenwood, as the Respondent in this action.

2. Petitioner's motion (Doc. 15) for judicial notice is **GRANTED** to the extent that the Court has taken judicial notice of the submitted documents.

3. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge